DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**1 SOURCE CHIROPRACTIC & PHYSICAL MEDICINE CENTER, INC.**
a/a/o **ELIJAH COLEY,**
Appellant,

v.

**ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-2505

[October 13, 2021]

Appeal of a non-final order from the County Court for the Seventeenth Judicial Circuit, Broward County; Phoebee Francois, Judge; L.T. Case No. COWE20-11854.

John C. Daly, Christina M. Kalin, and Matthew C. Barber of Daly & Barber, P.A., Plantation, for appellant.

Kansas R. Gooden of Boyd & Jenerette, P.A., Miami, and Geneva R. Fountain of Boyd & Jenerette, P.A., Jacksonville, for appellee.

PER CURIAM.

We accept Appellee's confession of error and, as in *Advanced Diagnostic Group v. Ocean Harbor Cas. Ins. Co.,* 321 So. 3d 772, 773 (Fla. 4th DCA 2021), reverse and remand the order transferring venue.

*Reversed and remanded.*

CONNER, C.J., GERBER and KLINGENSMITH, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***